

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2023

No. 04-23-00882-CR

Wesley **HENDERSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR4006
Honorable Kevin M. O'Connell, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Appellant's motion for leave to file an out-of-time notice of appeal is DENIED.

It is so **ORDERED** on December 13, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court